JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:25-cv-01870-DOC-PD                                    Date: September 23, 2025

Title: Nam Ba Nguyen v. Todd Spitzer et al

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Priscilla Deason for Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **ORDER DISMISSING CASE FOR FAILURE TO PAY APPROPRIATE FILING FEE**

On August 22, 2025, the Court issued a Notice (Dkt. 2) providing that Plaintiff "did not pay the appropriate filing fee of $405.00, which includes an administrative fee of $55.00." Not. at 1. The Notice also provided that "[i]f you do not respond within THIRTY DAYS from the date of this letter, your case may be dismissed." *Id.* Over thirty days have passed and Plaintiff has failed to make any payments towards the filing fee or respond to the Notice. Thus, the case is hereby **DISMISSED** without prejudice.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                                   Initials of Deputy Clerk: pd

CIVIL-GEN